No. 92–1119. LARSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–1120. BROWN ET AL. *v.* INDEPENDENT SCHOOL DISTRICT NO. I–06 OF MCCURTAIN COUNTY, OKLAHOMA (HAWORTH SCHOOL DISTRICT), ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1121. DEVER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–1122. POLYAK *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1124. CLARKSON PUCKLE GROUP, LTD., ET AL. *v.* INTERNATIONAL INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1125. NORTH BY NORTHWEST CIVIC ASSN., INC. *v.* CITY OF ATLANTA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 92–1126. GOODIN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 92–1132. SCHWARTZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1133. LIGHTFOOT ET AL. *v.* EU, SECRETARY OF STATE OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–1135. GRIFFIN *v.* FIRST NATIONAL BANK OF CROSSETT, ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 92–1136. BELANGER *v.* MADERA UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1137. CARROLL *v.* DOWNS, COMMISSIONER OF TRANSPORTATION OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1138. KARST *v.* WOODS. Ct. App. Cal., 1st App. Dist. Certiorari denied.